**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 11-20587-CR-SCOLA**

UNITED STATES OF AMERICA

v.

ANTONIO MACLI, et al.,

Defendants.

_____/

**ORDER PERMITTING DEFENDANTS' COUNSEL TO**
**BRING ELECTRONIC EQUIPMENT INTO THE COURTHOUSE**

THIS MATTER is before the Court on the Motion made *ore tenus* during calendar call to permit ***all*** counsel for the Defendants to bring in electronic equipment during the trial. As stated in open court, this Motion is **GRANTED**. Commencing on **July 2, 2012**, and during the pendency of this eight-week trial, the following attorneys shall be permitted to bring into the Courthouse electronic equipment, including, specifically, laptop computers and copiers/printers: Rene Alberto Sotorrio, Melvin Sidney Black, Bruce Allan Alter, J. David Bogenschutz, Bruce Howard Lehr, Sherleen Mendez, Mark Alan LeVine, Sky Elliot Smith, and Arthur Louis Wallace III.

**DONE AND ORDERED** in chambers at Miami, Florida on June 26, 2012.

_____
**ROBERT N. SCOLA, JR.**
**UNITED STATES DISTRICT JUDGE**

*Copies to:*
Counsel of Record