**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 11-20587-CR-SCOLA**

UNITED STATES OF AMERICA

v.

ANTONIO MACLI, et al.,

Defendants.

_____/

## ORDER REGARDING EFFECT OF OBJECTIONS
## AND MOTIONS BY DEFENDANTS AT TRIAL

THIS MATTER is before the Court on the Motion, made *ore tenus* during calendar call, to permit objections and motions lodged or presented by ***any*** Defendant during the trial to be imputed to ***all*** other Defendants, unless a particular Defendant contemporaneously indicates a desire to opt out of a specific objection or motion. As stated in open court, this Motion is **GRANTED**. During the trial, any Defendant's objection or motion shall be imputed to all other Defendants, as if each Defendant separately lodged such objection or presented such motion. If any Defendant wishes not to join in any objection or motion, he or she shall contemporaneously so indicate when the objection/motion is being made by his or her Co-Defendant(s).

**DONE AND ORDERED** in chambers at Miami, Florida on June 26, 2012.

_____
**ROBERT N. SCOLA, JR.**
**UNITED STATES DISTRICT JUDGE**

*Copies to:*
Counsel of Record