# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 11-20587-CR-SCOLA

UNITED STATES OF AMERICA,

v.

WYATT BARNFIELD III,

    Defendant.

_____/

## ORDER REGARDING DEFENDANT'S MEDICAL NEEDS

    THIS MATTER is before the Court following a hearing on July 18, 2012. During the hearing, the Court was informed of certain medical issues that Defendant claims are not being properly addressed at the FDC. Specifically, Defendant spoke of problems related to a screw protruding from his left elbow and problems with his prosthetic left leg. Defendant claims to require a bandage of some kind over the left elbow because of the protruding screw. He also claims to need the foot of the prosthetic repaired or replaced and new prosthetic socks and sleeves, as the current socks/sleeves have become dirty and unsanitary with use.

    While this Court lacks the authority to directly order the FDC to provide specific medical care, the Court is concerned about Defendant's condition. Accordingly, the Court hereby recommends that the FDC staff evaluate Defendant's medical situation and take appropriate action forthwith.

    **DONE AND ORDERED** at Miami, Florida, on July 19, 2012.

                                                             _____
                                                             **UNITED STATES DISTRICT JUDGE**
                                                             **ROBERT N. SCOLA, JR.**

*Copies to:*
Counsel of record
FDC, Miami