# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 11-20587-CR-SCOLA

UNITED STATES OF AMERICA

v.

ANTONIO MACLI, et al.,

    Defendants.

_____/

## ORDER ON DEFENDANTS' RULE 29
## MOTIONS FOR JUDGMENT OF ACQUITTAL

THIS MATTER is before the Court on the Motions for Judgment of Acquittal, pursuant to Federal Rule of Criminal Procedure 29, brought by Defendants Antonio Macli, Jorge Macli, Sandra Huarte, Gary Kushner, Derek Alexander, Anthony Roberts, Rafeal Alalu, Jacqueline Moran, and Biscayne Milieu Health Center. These Motions were argued before the Court, outside the presence of the jury, on August 14, 2012, after the close of the Government's case in chief.

Federal Rule of Criminal Procedure 29(c) "tests the sufficiency of the evidence against a defendant, and avoids the risk that a jury may capriciously find him guilty though there is no legally sufficient evidence of guilt." *United States v. Collantes*, 2011 WL 2784266, at *4 (S.D. Fla. July 13, 2011) (Altonaga, J.) (citation omitted). Under Rule 29(c), "a district court should apply the same standard used in reviewing the sufficiency of the evidence to sustain a conviction." *United States v. Ward*, 197 F.3d 1076, 1079 (11th Cir. 1999). "Any conflicts in the evidence are resolved in favor of the Government, and all inferences that tend to support the Government's case must be accepted." *Collantes*, 2011 WL 2784266, at *4. In short, the Court must determine whether, based on the evidence, a reasonable jury could find the defendant guilty beyond a reasonable doubt. *Ward*, 197 F.3d at 1079. That is to say, when "viewing the evidence in the light most favorable to the prosecution, would any rational trier of fact [find] all the essential elements of the crime beyond a reasonable doubt"? *See United States v. Lopez*, 403 F. App'x 362, 370-71 (11th Cir. 2010).

Following argument received in open court and consistent with the discussions and rulings made in open court, it is hereby **ORDERED and ADJUDGED** as follows:

1. The Court **GRANTS** judgment of acquittal as to Counts 9, 10, 13, 14, 38, 39, 40, and 42 for all Defendants therein charged.

2. The Court also **GRANTS** judgment of acquittal as to Count 11 for Defendant Jacqueline Moran only.

3. In all other respects, and as to all other Counts, the Motions for Judgment of Acquittal are **DENIED**.

**DONE AND ORDERED** in chambers at Miami, Florida on August 14, 2012.

_____
**ROBERT N. SCOLA, JR.**
**UNITED STATES DISTRICT JUDGE**

*Copies to:*
Counsel of Record