UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20587-CR-SCOLA

UNITED STATES OF AMERICA

v.

GARY KUSHNER,

    Defendant

_____ /

## ORDER DENYING DEFENDANT'S MOTION FOR RELEASE

THIS MATTER is before the Court on the Motion for Release on Bail with House Arrest Pending Sentencing or, Alternatively, for Temporary Release Pursuant to 18 U.S.C. § 3142(i) for the Purpose of Having Back Surgery to Relieve Sever Stenosis of his Spine [ECF No. 1185], filed by Defendant Gary Kushner. This Motion is **DENIED**.

While not unsympathetic to Defendant's medical issues, this Court does not agree that it has "forc[ed] Kushner to 'writhe' in pain at FDC," nor that his incarceration there amounts to "torture." Mot. at 10-11. The Court previously offered to accelerate the Defendant's sentencing date so that if he is given a sentence of non-incarceration, he will be more promptly released and can seek out whatever medical treatment is necessary; and if he is sentenced to imprisonment, he may be dispatched to a suitable prison hospital facility immediately to receive appropriate care. Not only did Defendant refuse that offer, he in fact requested and received a *continuance* of the sentencing date. Under such circumstances, Defendant's present request is not well received.

**DONE and ORDERED** in Chambers at Miami, Florida on January 30, 2013.

                                                **ROBERT N. SCOLA, JR.**
                                                **UNITED STATES DISTRICT JUDGE**

*Copies to:*
Counsel of Record